UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT O. WHITE, SR. | : | |
| | : | |
| Plaintiff, | : | Case No.: 1:08cv01138 (JR) |
| | : | |
| v. | : | |
| | : | |
| ROBERT C. TAPELLA | : | |
| Public Printer of the United States | | |
| U.S. GOVERNMENT PRINTING OFFICE | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF FILING OF EXHIBIT TO
### COMPLAINT FOR RACIAL DISCRIMINATION
### IN EMPLOYMENT AND REVIEW OF AGENCY DECISION

**PLEASE TAKE NOTICE** that the Plaintiff Robert O. White, Sr., through his attorneys HANNON LAW GROUP, LLP, hereby submit for filing with the Clerk of the Court a copy of Exhibit 5 in support of his Complaint for Racial Discrimination in Employment and Review of Agency Decision. Exhibit 5 shall be submitted to the Court on disk pursuant to LCvR 5.4(e) (1), as it consists of videotape evidence. This disk shall be made available for viewing and/or copying at the Clerk's Office during regular office hours, 9:00AM to 4:00PM, Monday through Friday.

A true copy of Exhibit 5 was served with the Complaint on the Defendant in compliance with LCvR 5.1 via certified mail.

Dated August 15, 2008                                              Respectfully submitted,

                                                                                           HANNON LAW GROUP, LLP

                                                                                           */s/ J. Michael Hannon*
                                                                 J. Michael Hannon, #352526
                                                                1901 18th Street, NW
                                                                Washington, DC 20009
                                                                (202) 232-1907
                                                                Fax:  (202) 232-3704
                                                                jhannon@hannonlawgroup.com
                                                                *Attorney for Plaintiff Robert O. White, Sr.*


## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY on this 15th day of August that a copy of the foregoing Notice of Filing of Exhibit to Plaintiff's Complaint for Racial Discrimination in Employment and Review of Agency Decision was served via first class mail, postage prepaid to:

ROBERT C. TAPELLA
Public Printer of the United States
U.S. GOVERNMENT PRINTING OFFICE
732 North Capitol Street, NW
Washington, D.C. 20401

UNITED STATES ATTORNEY
555 4th Street, NW
Washington, D.C. 20001

U.S. ATTORNEY GENERAL
Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

                                                                        */s/ J. Michael Hannon*
                                                                J. Michael Hannon